AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Louisiana

United States of America
v.
JAKOB JOSHUA MARCOULIER

*Defendant(s)*

Case No. 1:26-mj-00108

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 10 - February 12, 2026 in the county of Vernon in the Western District of Louisiana, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875 | Interstate Communications |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

William P. Bozek, Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 23, 2026

*Judge's signature*

City and state: Alexandria, Louisiana

Joseph H.L. Perez-Montes, U.S. Magistrate Judge

*Printed name and title*