UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA 1:26-MJ-00108

v. MAGISTRATE JUDGE PEREZ-MONTES

JAKOB JOSHUA MARCOULIER,

Defendant

______________________________________/

**MOTION TO UNSEAL COMPLAINT**

The United States of America, through its undersigned counsel, respectfully asks that this Court unseal a complaint and redacted affidavit, which is attached herein, granted in the above captioned matter.

1

On April 23, 2026, a United States Magistrate Judge in the Alexandria Division of the United States District Court for the Western District of Louisiana granted a complaint. The United States requested that this complaint and affidavit be placed under seal when presented and returned before the United States Magistrate Judge. Furthermore, based on this Court's policies, the United States moved for an order sealing this complaint. On April 23, 2026, this Court entered an order to seal that complaint.

2

The defendant has been arrested, and as such, this complaint may be unsealed without jeopardizing the safety of law enforcement or the public. The government respectfully requests the attached redacted affidavit be substituted for the original

affidavit filed with the complaint. The attached affidavit redacts personal identifying information for the safety of individuals associated with this investigation.

WHEREFORE, the United States of America respectfully moves this Court for an order unsealing the complaint and redacted affidavit pending in the above captioned matter.

Respectfully submitted,

ZACHARY A. KELLER
UNITED STATES ATTORNEY

*/s/ Lauren L. Nickel*
LAUREN L. NICKEL, LA BAR 30595
ASSISTANT UNITED STATES ATTORNEY