RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MAY 20 2026
DANIEL J. McCOY, CLERK
BY:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

UNITED STATES OF AMERICA

v.

JAKOB JOSHUA MARCOULIER,

Defendant

18 U.S.C. § 875(c)

**2:26-CR-00210**
**JUDGE CAIN**
**MAGISTRATE JUDGE LEBLANC**

# INDICTMENT

The Federal Grand Jury charges:

## COUNT 1
**Transmitting Threats Through Interstate Commerce**
[18 U.S.C. § 875(c)]

On or about February 11, 2026, in the Western District of Louisiana, and elsewhere, the defendant,

**JAKOB JOSHUA MARCOULIER,**

did knowingly transmit in interstate commerce any communication containing a threat to injure the person of another, that is, members of the Jewish community, in that in a Discord chat sent through the Internet, the defendant stated, in part, that he would "walk into a synagogue with my AK, with a 75 round drum mag, and all of my extra mags, with my level four plates, and my haka helmet that's three plus, and I am going to kill every single Jew I know inside of that synagogue", with the intent

to communicate a threat and with the knowledge that it would be viewed as a threat, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

REDACTED

FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

LAUREN L. NICKEL
ASSISTANT UNITED STATES ATTORNEY