RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
OCT 15 2026
DANIEL J. McCOY, CLERK
BY: LaCombe

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

UNITED STATES OF AMERICA

v.

JAKOB JOSHUA MARCOULIER,

Defendant

2:26-CR-00210
DISTRICT JUDGE CAIN, JR.
MAGISTRATE JUDGE LEBLANC

**CONSENT TO PLEAD BEFORE A UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE AND WAIVERS**

The defendant, **JAKOB JOSHUA MARCOULIER**, agrees to the following:

1. The above-captioned United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties that might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead before a United States District Judge.

2. I waive and give up my right to enter my plea before a United States District Judge and consent to entering my plea before the United States Magistrate Judge who will provide a report and recommendation to the District Judge.

3. I understand that the District Judge must accept and approve my guilty plea and the plea agreement and will adjudicate guilt. If approved, I understand that I will be sentenced by the United States District Judge.

4. I understand that parties are entitled to a fourteen (14) day period within which to file written objections to the report and recommendation under 28

U.S.C. § 636. I hereby waive and give up the fourteen (14) day objection period so that the District Judge may immediately adopt the report and recommendation, thereby accepting my guilty plea, and set a sentencing date.

Dated: 10/15/26

s/Cynthia M. Cimino
CYNTHIA M. CIMINO

Katryna Lyn Spearman, Esq.
Ga. Bar # 616038
kspearman@lowtherwalker.com
Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052 | F 866.819.7859
Counsel for Defendant

Dated: 10/15/26

JAKOB JOSHUA MARCOULIER
Defendant