**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:26-CR-00210-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **JAKOB JOSHUA MARCOULIER (01)** | **MAGISTRATE JUDGE LEBLANC** |

**MINUTES OF COURT:**
**CHANGE OF PLEA**

| | | | |
|---|---|---|---|
| Date: | Oct.15, 2026 | Presiding: | Magistrate Judge Thomas P. Leblanc |
| Court Opened: | 1:17 PM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 1:57 PM | Court Reporter: | DD Juranka |
| Statistical Time: | 40 Minutes | Courtroom: | Courtroom 3 |
| | | Probation Officer: | Christopher Charles |

**APPEARANCES**

| | | |
|---|---|---|
| Elliott Cassidy standing in for Lauren Ledet Nickel (AUSA) | For | United States of America |
| Katryna Lyn Spearman (Retained) | For | Jakob Joshua Marcoulier (01) |
| Jakob Joshua Marcoulier (01) Defendant | | (In Custody) |

**PROCEEDINGS**

Case called for **CHANGE OF PLEA** to **INDICTMENT**.
Defendant sworn and under oath.

Defendant agreed to proceed before the Magistrate Judge.
Defendant is advised of charges, maximum penalties and his rights.
Defendant is advised of his right to trial.
Defendant **WAIVED** formal reading of the Indictment.
Defendant acknowledged understanding of the charges, maximum penalties and rights.
Defendant is advised of Rule 11 Rights.
Defendant entered a **GUILTY** plea to **Count 1** of the Indictment.

**COMMENTS:**
It is the court’s finding and recommendation to Judge Cain that in the case of *United States v. Jacob Joshua Marcoulier*, 2:26-cr-00210-01 that the defendant is fully competent and capable of entering an informed plea and that this plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the crime he has committed, and that the District Judge accept this guilty plea and adjudge the defendant guilty of those offenses.

**IT IS ORDERED** that a Presentence Investigation Report be prepared. Any Pre-Sentence memorandum is due 14 days before sentencing, any response from the Government is due no later than 7 days thereafter.

**IT IS ORDERED** that the court reporter send a rough transcript of these proceedings to the District Judge.

A written Report and Recommendation to Judge Cain recommending that he accept the plea of guilty will follow.

Government requests continued detention. **ORAL** Motion for Release Pending Sentencing by Defendant. Defendant's counsel will discuss with AUSA Nickel for a proposed date for the hearing. Defendant is continued in custody of the US Marshal pending detention hearing.

**SENTENCING** set for **January 21, 2027, at 1:30 p.m**. **in Courtroom 4, Lake Charles, LA** before Judge James D Cain, Jr.

**MOTION:**
ORAL Motion to Excuse Local Counsel from the Detention Hearing by Defendant. The Motion was GRANTED.

**FILINGS:**
Consent to Plead Before United States Magistrate Judge in a Felony Case and Waivers
Plea Agreement
Elements of Offense
Understanding of Penalty and Rights
Factual Basis