**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 2:26-cr-00210** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **JAKOB JOSHUA MARCOULIER** | : | **MAGISTRATE JUDGE LEBLANC** |

**ORDER OF DETENTION**

This cause came before the undersigned on October 15, 2026, for administration of Guilty Plea under Rule 11 of the Federal Rules of Criminal Procedure. Based on Defendant's guilty plea to Count One of the one-count Indictment, 18 U.S.C. § 3143(a) mandates Defendant be detained pending sentencing, subject to certain exceptions. Defendant has requested release pending sentencing and a hearing on this issue. Defendant requested that a date for the hearing on the issue of detention not be set at this time, and, instead, the parties be allowed to coordinate with the court a mutually convenient date for the detention hearing. Defendant also requested that his local counsel be excused from attending the detention hearing. Finding good cause with respect to Defendant's requests,

**IT IS ORDERED** that Defendant be detained pending a detention hearing in this matter, which detention hearing shall be fixed at a date to be determined.

**IT IS FURTHER ORDERED** that Cynthia Marie Cimino, local counsel for Defendant, is excused from appearing for the detention hearing.

**IT IS FURTHER ORDERED** that Defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney

for the Government, the person in charge of the corrections facility must deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**THUS DONE AND SIGNED** in Chambers this 15th day of October, 2026.

**THOMAS P. LEBLANC**
**UNITED STATES MAGISTRATE JUDGE**